IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KENNETH GILLAM and JESSICA   :
GILLAM,                      :
            Plaintiffs       :
     v.                      :   Civil Action No. 04-15J
STATE FARM MUTUAL AUTOMOBILE :
INSURANCE COMPANY,           :
            Defendant.       :

MEMORANDUM ORDER

This matter was referred to Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule 72.1 for Magistrate Judges.

On September 7, 2005, the Magistrate Judge filed a Report and Recommendation, docket no. 20, recommending that defendant's motion for summary judgment, docket no. 15, be granted.

The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1), they had ten days to serve and file written objections to the Report and Recommendation. Plaintiffs filed timely objections, docket no. 21, to which defendant filed a timely response, docket no. 22.

After de novo review of the record and the Report and Recommendation, and after consideration of the objections to the Report and Recommendation and the response thereto, the following order is entered:

AND NOW, this 26th day of September, 2005, it is

ORDERED that the defendant's motion for summary judgment, docket no. 15, is granted. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark this matter closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

cc:
Michael H. Rosenzweig, Esq.
707 Grant Street
Gulf Tower, 16th Floor
Pittsburgh, PA 15219-1925

Dennis St. John Mulvihill, Esq.
Daniel L. Rivetti, Esq.
2300 One Mellon Building
Pittsburgh, PA 15219